# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**JAMIE JONES**                                                                     **PETITIONER**

**v.**                                                                           **No. 4:10CV71-A-S**

**M.D.O.C., ET AL.**                                                             **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, that the instant petition for a writ of *habeas corpus* is **DISMISSED** without prejudice for failure to exhaust state remedies.

**SO ORDERED,** this the 30th day of September, 2010.

                                                          **/s/ Sharion Aycock**
                                                          **U.S. DISTRICT JUDGE**